The People of the State of New York, Respondent, *v.* Dorothy Black and Others, Defendants, Impleaded with Max Korbin, David Schaeffer, Irving Pepperbloom, David Romanov, Leon Seifer and Isadore J. Winter (Otherwise Called I. Jesse Winter), Appellants.

Per Curiam. After a careful examination of the entire record, the briefs and the authorities relevant, we reach the conclusion that evidence was adduced sufficient to permit the triers of the fact to find all of the appealing defendants guilty except defendant Romanov. The proof as to defendant Romanov failed to establish his guilt of the crime charged beyond a reasonable doubt and the judgment of conviction against that appellant should be reversed and the information charging him with the crime of conspiracy to commit the crime of soliciting legal business (Penal Law, § 270-a; Id. § 580, subd. 1) should be dismissed. The judgments of conviction as to all of the other appellants should be affirmed.

Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.; O'Malley, J., dissents and votes to reverse the judgments of conviction as to the defendants Leon Seifer, Isadore J. Winter and Irving Pepperbloom and dismiss the informations as to said defendants.

O'Malley, J. (dissenting in part). I concur except as to the affirmance of the judgments of conviction of the defendants Seifer, Winter and Pepperbloom, attorneys. While the evidence may have been sufficient to establish that these three defendants, together with the defendant Romanov, were guilty of a violation of section 270-a of the Penal Law, it was in my opinion insufficient to establish their guilt of the general conspiracy charged (Penal Law, § 580, subd. 1) and relied upon by the People.

With respect to these three named attorneys, therefore, I dissent and vote to reverse the judgments of their conviction and to dismiss the informations with respect to them.

Judgment appealed from by the defendant David Romanov unanimously reversed and the information dismissed as to said defendant. Judgments appealed from by the defendants Max Korbin, David Schaeffer, Irving Pepperbloom, Leon Seifer and Isadore J. Winter affirmed.